UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20495-KMM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK MESSENGER,

        Defendant.
_____/

### JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, on July 11, 2016, Defendant MARK MESSENGER pleaded guilty to count one of the Information and entered into a plea agreement with the United States in which he agreed to entry of a money judgment and forfeiture of the subject property; and

**WHEREAS**, the United States has filed a motion for a Judgment and Preliminary Order of Forfeiture in which it requests the entry of personal money judgment against Defendant; and

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment;" and

**WHEREAS**, Defendant has agreed to entry of a money judgment, in the sum of $2,300,000 pursuant to Title 18, United States Code, Section 982(a)(7); and

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a money judgment in the sum of $2,300,000.00 is hereby entered against Defendant MARK MESSENGER, pursuant to Title 18, United States Code, Section 982(a)(7); and

**IT IS FURTHER ORDERED** that the following assets are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(7):

      a) The contents of E-Trade brokerage account number 69519980;
      b) Approximately $39,856 from E-Trade brokerage account number 36599440; and
      c) Approximately $11,781.56 from SunTrust account number 1000158908276.

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order so as to substitute property of Defendant MARK MESSENGER having a value not to exceed the sum of $2,300,000, in U.S. currency in satisfaction of the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the United States Marshals Service, or any duly authorized law enforcement agency shall, as soon as practicable, take custody or seize the property pursuant to Title 21, United States Code, Section 853(g);

**IT IS FURTHER ORDERED** that the United States shall publish notice of this Order in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure;

**IT IS FURTHER ORDERED** that the United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property, in addition to the published notice;

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order shall become final as to Defendant's right, title, and interest in the property at the time of his sentence and shall be made a part of Defendant's sentence and shall be included in the Court's judgment and commitment order in this cause;

**IT IS FURTHER ORDERED** that the United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property or in order to expedite ancillary proceeding related to any third part petition claims filed with respect to the property;

**IT IS FURTHER ORDERED** that that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture in which all interests will be addressed.  If no claims are filed within thirty (30) days of the final publication of notice or the receipt of actual notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2), this Order shall be deemed a final order of forfeiture and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property in accordance with applicable law;

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Southern District of Florida, Asset Forfeiture Division, 99 N.E. 4th Street, Miami, Florida 33132, Attention: Assistant United States Attorney Evelyn B. Sheehan.

**DONE AND ORDERED** at Miami, Florida this __24th__ day of August, 2016.

*K. M. Moore*

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   AUSA Evelyn B. Sheehan (2 certified copies)